UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

CHARLES BLACKWELL,

 Plaintiff,

v

 Case No.: 21-cv-10628
 Honorable Linda Parker
 Magistrate Judge Elizabeth Stafford

CITY OF INKSTER, Municipal Corporation, and
PATRICK ANDRE WIMBERLY, individually in his
official capacity as Inkster Mayor,

 Defendants.

## **INDEX OF EXHIBITS**

**EXHIBIT A**     Officer Andrea Lebo Affidavit

**EXHIBIT B**     Officer Megan Summers Affidavit

**EXHIBIT C**     Patrick Wimberly Declaration

**EXHIBIT D**     Gennifer Williams Affidavit

**EXHIBIT E**     Examples of Plaintiff's repetitive off-topic/internet troll comments

**EHXIBIT F**     *Wagschal v. Skoufis*, 2021 U.S. App. LEXIS 11870 (2d. Cir. N.Y. April 22, 2021)

**EXHIBIT G**     Chief Riley's Affidavit

**EXHIBIT H**     Copies of Inkster City Council Meeting Minutes showing Plaintiff's numerous appearances during public comment

**EXHIBIT I**     Plaintiff's FOIA requests to City

**EXHIBIT J**       Wimberly Facebook Transparency

**EXHIBIT K**       *Gay v. Cabinet for Health & Family Servs. Dep't*, 2019 U.S. App. LEXIS 2336, (6th Cir. Jan. 23, 2019)

**EXHIBIT L**       *Miller v. Davis*, 2015 U.S. App. LEXIS 23060 (6th Cir. Aug. 26, 2015)

**EXHIBIT M**       *Garnier v. Poway Unified Sch. Dist.*, No. 17-cv-2215-W, 2019 U.S. Dist. LEXIS 167247 (S.D. Cal. Sept. 26, 2019)