# EXHIBIT O

## AFFIDAVIT OF DAWN WALL

STATE OF MICHIGAN)
                 ) ss.
COUNTY OF WAYNE)

I, Dawn Wall, being duly deposed and under oath, states as follows based upon my own personal knowledge and capacity to make this affidavit:

1. I am an adult resident of the State of Michigan and otherwise competent to make this affidavit. If called to testify to the facts herein, I would and could do so with first-hand knowledge and under the penalty of perjury.

2. I am currently a Sergeant of the Ordinance Division in the City of Inkster in the State of Michigan. I have been employed with the City of Inkster since September 2001.

3. At all relevant times in the Amended Complaint, I was employed full-time with Ordinance Division as a Sergeant.

4. As the Sergeant of the Ordinance Division, one of my duties is administering the City of Inkster Ordinance Enforcement Facebook page.

5. To my knowledge, neither the Code Enforcement Facebook page nor the City of Inkster has or had a custom or practice of blocking or banning any person from accessing its Facebook pages. I understand that the City does not allow for blocking or banning individuals from commenting on its social media platforms. As the administrator, I will act as such.

6. As the administrator of the Code Enforcement Facebook Page, I understand that I must seek the City attorney's guidance before removing any comments that are not considered protected speech. I will inform any successor Code Enforcement Facebook Page administrator accordingly.

Further affiant sayeth not.

Dawn Wall
City of Inkster Sergeant of Ordinance Division

Subscribed and sworn to before me this
_____ day of _____, 2021
_____ Notary Public
Wayne County, Michigan

My Commission Expires: 02/09/21

Natalie E. Murphy, Notary Public
State of Michigan, County of Wayne
My Commission Expires 2/9/2023
Acting in the County of Wayne