# EXHIBIT P

## AFFIDAVIT OF BETTY ADAMS

STATE OF MICHIGAN)
                         ) ss.
COUNTY OF WAYNE)

I, Betty Adams, being duly deposed and under oath, states as follows based upon my own personal knowledge and capacity to make this affidavit:

1. I am an adult resident of the State of Michigan and otherwise competent to make this affidavit. If called to testify to the facts herein, I would and could do so with first-hand knowledge and under the penalty of perjury.

2. I am currently the Library Director at the Leanna Hicks Public Library/Inkster Public Library located in the City of Inkster in the State of Michigan. I have been employed with the City of Inkster since August 31, 2020.

3. At all relevant times in the Amended Complaint, I was employed full-time with Leanna Hicks Public Library/Inkster Public Library as a Library Director.

4. As the Library Director of the Leanna Hicks Public Library/Inkster Public Library, one of my duties is administering the Leanna Hicks Library/Inkster Public Library Facebook Page.

5. On or about October 6, 2020, I lost access to the Leanna Hicks Library/Inkster Public Library Facebook Page.

PINNED POST

Leanna Hicks Library / Inkster Public Library
October 3, 2020 · ⊙

There are three messages in our inbox, which @facebook is not
allowing us to check. We apologize if you tried to reach us through
messenger, please email badams@inksterlibrary.org with any
questions or recommendations. We are unsure why the website is
rerouting us back to our homepage when we click 'Inbox' and have
yet to find a way to resolve this issue but we are working on it.

**Page**        Inbox 3        Event

6. To my knowledge, the only way to publish a post to the Leanna Hicks
   Library/Inkster Public Library Facebook Page is through the Leanna Hicks
   Library/Inkster Public Library Instagram Account.

7. To my knowledge, the Leanna Hicks Library/Inkster Public Library Facebook
   Page nor the City of Inkster has or never had a custom or practice of blocking
   or banning any person from accessing its Facebook pages. I understand that
   the City does not allow for blocking or banning individuals from commenting
   on its social media platforms.

8. As the administrator of the Leanna Hicks Library/Inkster Public Library
   Facebook Page, I understand that I must seek the City attorney's guidance
   before removing any comments that are not considered protected speech. I
   will inform any successor Leanna Hicks Library/Inkster Public Library
   Facebook Page administrator accordingly.

Further affiant sayeth not.

Betty Adams

City of Inkster _____


Subscribed and sworn to before me this

24 day of _Aug_____, 2021

_____, Notary Public

Wayne County, Michigan

My Commission Expires: _02/09/2023_

Natalie E. Murphy,  Notary Public
State of Michigan, County of Wayne
My Commission Expires 2/9/2023
Acting in the County of _Wayne_