EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

CHARLES BLACKWELL,

    Plaintiff,    Case No. 21-cv-10628

v.    Hon. Terrence G. Berg

CITY OF INKSTER,
PATRICK A. WIMBERLY,

    Defendants.
_____/

## STIPULATED CONSENT JUDGMENT

    This matter having come before the Court on the below stipulation of the Parties, through counsel; The Parties having reached a settlement agreement that includes the entry of this Consent Judgment; The Court being otherwise duly advised in the premises:

    IT IS ORDERED that Defendants, including their successors, officers, and employees, shall implement and adopt the Social Media Policy as set forth in a separate agreement between the parties.

    IT IS FURTHER ORDERED that all remaining claims filed by Plaintiff in this lawsuit are dismissed with prejudice, and without any additional fees or costs awarded to either Party (except as agreed-upon in the Parties Settlement Agreement).

    IT IS FURTHER ORDERED that Defendant's Motion for Protective Order (ECF No. 38) is withdrawn and without effect.

    IT IS FURTHER ORDERED that this Court shall maintain jurisdiction over this matter only with regard to the enforcement of the Social Media Policy, or the Parties' Settlement Agreement. All other matters before the Court in this Action have been fully and finally resolved.

.
SO ORDERED
.
/s/Terrence G. Berg_____
UNITED STATES DISTRICT JUDGE

Dated: October 12, 2022

SO STIPULATED:

s/H. William Burdett, Jr.
H. William Burdett, Jr. (P63185)
Winthrop & Weinstine, P.A.
19 Clifford Street
Detroit, Michigan 48226
(313) 318-9203
bburdett@winthrop.com

and

s/Bonsitu Kitaba-Gaviglio
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue
Detroit, Michigan 48201
(313) 578-6823
bkitaba@aclumich.org

*Attorneys for Plaintiff*

s/David W. Jones
David W. Jones (P57103)
Lindsey R. Johnson (P67081)
Schenk & Bruetsch, PLC
211 West Fort Street, Suite 1410
Detroit, Michigan 48226
david.jones@sbdetroit.com
lindsey.johnson@sbdetroit.com
(313) 774-1000
*Attorneys for Defendants*

24903104v1